Norman C. Kleinberg (NK 2735)
Theodore V. H. Mayer (TM 9748)
William J. Beausoleil (WB 5296)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
IN RE:  Fosamax Products Liability          :
Litigation                                            :
-----------------------------------------------------x
*This Document Relates to:*                   :          1:06-md-1789 (JFK)
Sharon Gibson & Gerry Gibson            :
v. Merck & Co., Inc.                             :
                                                           :
Case No: 1: 07-cv-3703-JFK                :          **Rule 7.1 Statement**
-----------------------------------------------------x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable

Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that

it has no parent companies and are not aware of any beneficial owner of more than ten

percent of its Common Stock.

Dated: New York, New York
      June 12, 2007

          Respectfully submitted,

          HUGHES HUBBARD & REED LLP

          By:  /s/
            Norman C. Kleinberg (NK 2735)
            Theodore V. H. Mayer (TM 9748)
            William J. Beausoleil (WB 5296)

          One Battery Park Plaza
          New York, New York 10004-1482
          (212) 837-6000
          *Attorneys for Defendant Merck & Co., Inc.*